DISTRICT OF MINNESOTA

Cr. No. 07-54 (RHK)

-----------------------------------------------

United States of America,

       Plaintiff,                         ORDER

v.

Kenwaniee  Shimon Tate,

       Defendant.

-----------------------------------------------

    The matter is before the Court on Defendant's request for the Order of  this Court granting the parties an extension of time to file  Position Papers as to Sentencing, currently due for filing February 26, 2008. He requests that the parties' Position Papers be filed on or before March 18, 2008.

IT IS HEREBY ORDERED:

    That the parties' Position Papers shall be filed with the Clerk of U.S. Courts and served on the U.S. Probation Office, with copies to opposing counsel, on or before March 18, 2008.

February  26 , 2008               s/Richard H. Kyle
                                United States District Court Judge